In the Matter of the Claim of ADOLPH H. RUDOLPH, Respondent, against THEODORE F. WIELAND, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by substituting for the rate three dollars and seventy-three cents, the rate two dollars and forty-nine cents, and as so modified unanimously affirmed, without costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of PEPPY MARKOWITZ, Respondent, against AMERICAN WET WASH LAUNDRY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Judicial Settlement of the Account of MATTHEW W. OTIS, as Executor, etc., of EDWARD L. PEARSE, Deceased.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

ESTELLA COONS, Respondent, v. THE FIRST NATIONAL BANK OF PHILMONT, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARIA MAGRO, Respondent, against CHARLES MEYERS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANDREW BORST, Respondent, against THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Application for the Probate of the Last Will and Testament of ESTELLE B. CRAWFORD, Deceased.— Motion for reargument granted. Argument to be brought on by regular notice, with the privilege to the Attorney-General of appearing upon the argument and filing brief. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MICHAEL GRUBICH, Respondent, against BARTLETT HAYWARD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ARTHUR BURLAND, Respondent, against SYRACUSE WASHING MACHINE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARY HUGHES, Respondent, against TRUSTEES OF ST. PATRICK'S CATHEDRAL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.